**Dated: February 13, 2017**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re:   TRACY DALE BALDWIN, | ) | |
| | ) | Case No. 16-13501 JDL |
| Debtor. | ) | Chapter 13 |

### ORDER DENYING JAMIE SCAVONA'S THIRD AMENDED
### MOTION FOR RELIEF FROM AUTOMATIC STAY [DOC NO. 32]

Before the Court is the Third Amended Motion for Relief from Automatic Stay, Brief in Support and Notice of Opportunity for Hearing [Doc. No. 32] (referred to herein as the "Motion") filed by creditor Jamie Scavona on January 12, 2017.  The Debtor filed the Debtor's Response to Jamie Scavona's Third Amended Motion for Relief from Automatic Stay with Brief in Support with Notice of Hearing [Doc. No. 34] on January 25, 2017.  The Debtor further filed his Witness and Exhibit List [Doc. No. 37] on January 31, 2017.

This matter came up for hearing on Tuesday February 7, 2017 at 2:00 p.m.  Counsel for both the Debtor and the moving creditor, Jamie Scavona, appeared.  After hearing arguments from both counsel, this Court found that the creditor, Jamie Scavona, had failed to meet her burden of proof.  For this reason this Court finds that the Motion should be denied without

prejudice to its refiling.

For this reason, this Court finds that the Third Amended Motion for Relief from Automatic Stay, Brief in Support and Notice of Opportunity for Hearing [Doc. No. 32] is denied without prejudice to refiling.

### 

Approved:

/s/ Elaine M. Dowling
Elaine M. Dowling (OBA # 14,217)
5500 N. Western, Suite 130
Oklahoma City, OK 73118
(405) 842-8005
(405) 840-6367 - telefax
dowlinglawoffice@aol.com
Attorney for the Debtor

Approved:

_/s/ Roe T. Simmons
Roe T. Simmons, (OBA #19,573)
SMITH SIMMONS, PLLC
252 NW 70th Street
Oklahoma City, OK 73116
Tel (405) 843-1000
Fax (405) 843-1005
roe@smithsimmons.com
Attorney for Jamie Scavona